**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DARRELL DENNIS**                                                            **PETITIONER**

**V.**                                  **NO. 4:21-CV-00037-JM-ERE**

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                                      **RESPONDENT**

<u>**ORDER**</u>

The Court has received the Recommended Disposition ("Recommendation") submitted by

United States Magistrate Judge Edie R, Ervin (*Doc.30*) and petitioner Darrell Dennis' timely filed

objections to the Recommendation (*Doc. 39*). After conducting a *de novo* review of the record, the

Court concludes that the Recommendation should be, and hereby is, approved and adopted in its

entirety as this Court's findings in all respects. Petitioner Darrell Dennis' petition for writ of habeas

corpus (*Docs. 1, 2*) is dismissed with prejudice.

The Court declines to issue a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)-(2);

Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

So ordered this  23rd day of August, 2021.

_____
James M. Moody, Jr.
United States District Judge